# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **PAULINE MOSS RODOCK** | **CIVIL ACTION NO. 17-0825** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **C. ANTHONY EAVES, ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

In accordance with the corresponding Memorandum Ruling, and the reasons set forth therein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant C. Anthony Eaves' Motions to Dismiss (Record Documents 7 and 15) are **GRANTED** and all claims against him are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendant State of Louisiana's Motions to Dismiss (Record Documents 8 and 15) are **GRANTED** and all claims against it are **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that placeholder Defendant John Doe shall be stricken from the docket sheet as Plaintiff Pauline Moss Rodock ("Rodock") raises no claims against this defendant and does not object to such action.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Rodock's Motion for Injunctive Relief (Record Document 2), Amended Motion for Injunctive Relief (Record Document 13), Motion for Hearing on Defendants' Motions to Dismiss (Record Document 14), Motion for Temporary Restraining Order and Motion for Preliminary Injunction (Record Document 21), and Motion to Amend/Correct Complaint and Motion for Audio Recording Order for Evidence (Record Document 22) are **DENIED AS MOOT**.

1

The Clerk of Court is directed to close this case.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 4th day of December, 2017.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT